In the Matter of the Application of J. B. Greenhut & Company, Appellant, for the Return of Securities Deposited with the Superintendent of Banks of the State of New York, Respondent.

*Matter of Greenhut & Co.*, 178 App. Div. 895, affirmed.
(Argued October 4, 1917; decided October 23, 1917.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1917, which affirmed an order of Special Term which denied the petitioner's application for an order authorizing and directing the superintendent of banks of the state of New York to return and deliver to the petitioner certain securities of the value of $5,000 theretofore deposited with the superintendent of banks by the petitioner, pursuant to the provisions of chapter 369 of the Laws of 1914, said order to be conditioned upon the surrender to the superintendent by the petitioner of the sum of $10,442 alleged to be the entire amount of the deposits remaining in the hands of the petitioner. The order further required the petitioner to surrender to the superintendent deposits aggregating approximately $44,609.42 as a condition precedent to the delivery by him of such securities to the petitioner. The superintendent of banks opposed the application on the ground that the said $10,442 did not constitute all of the uncalled for deposits of the petitioner, but that certain other deposits aggregating $34,167 or thereabouts should be surrendered.

*Joseph M. Hartfield* for appellant.

*Merton E. Lewis,* Attorney-General (*Robert S. Conklin* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Hogan, Cardozo, McLaughlin and Crane, JJ.